UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUARDIAN NEWS & MEDIA LLC, <br><br>           Plaintiff, <br><br>     v. <br><br> U. S. IMMIGRATION AND CUSTOMS ENFORCEMENT, <br><br>           Defendant. | Civil Action No. 25-2069 (SLS) |

## ANSWER TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

Defendant U.S. Immigration and Customs Enforcement ("ICE"), by and through their undersigned counsel, hereby answers the Complaint (ECF No. 1), filed by the Guardian News & Media, d/b/a Guardian U.S. ("Guardian U.S.") ("Plaintiff") in this action brought under the Freedom of Information Act (FOIA), 5 U.S.C § 552. Defendant denies all allegations in the Complaint, including the relief sought, except as specifically admitted in this Answer. To the extent the Complaint refers to or quotes from external documents, statutes, or other sources, Defendant may refer to such materials for their accurate and complete contents in response; however, Defendant's responses are not intended to be, and should not be construed to be, an admission that the cited materials are: (a) correctly cited or quoted by Plaintiff; (b) relevant to this, or any other, action; or (c) admissible in this, or any other, action. Defendant responds to the separately numbered paragraphs and prayer for relief in the Complaint as set forth below. For ease of reference, Defendant refers to Plaintiff's headings and titles, but to the extent those headings could be construed to contain factual allegations, those allegations are denied.

In response to the numbered paragraphs, Defendant admits, denies, or otherwise answers as follows:

1.      This paragraph consists of Plaintiff's characterization of this lawsuit to which no response is required. To the extent that a response is deemed necessary, Defendant admits that Plaintiff alleges that this action is brought pursuant to FOIA.

2.      This paragraph consists of Plaintiff's characterization of this lawsuit to which no response is required. To the extent that a response is deemed necessary, Defendant admits that Plaintiff alleges that this action is brought pursuant to FOIA. To the extent that the allegations purport to characterize a FOIA request, that request speaks for itself, and Defendant respectfully refers this Court to that request as the best evidence of its contents and denies all allegations inconsistent therewith.

## PARTIES

3.      Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

4.      Defendant admits that it is a federal agency, a component of DHS and  is headquartered at 500 12th St. SW, Washington, D.C. 20024 . Defendant presently lacks knowledge or information sufficient to form a belief about the truth of the allegations in the remainder of this paragraph. Defendant states that the FOIA statute speaks for itself, and denies any characterization inconsistent with its requirements.

## JURISDICTION AND VENUE

5.      This paragraph contains Plaintiff's legal conclusions regarding jurisdiction, to which no response is required. To the extent any response is required, Defendant admits that this

Court has subject matter jurisdiction over FOIA claims subject to the terms and limitations of FOIA.

6.      This paragraph contains Plaintiff's legal conclusions regarding venue, to which no response is required. To the extent any response is required, Defendant admits that 5 U.S.C. § 552(a)(4)(B) governs venue in actions brought pursuant to FOIA.

## FACTS

7.      Defendant admits that Plaintiff submitted one FOIA request dated May 14, 2025, online via ICE FOIA's portal. Defendant respectfully refers the Court to the text of Plaintiff's FOIA request for a full and accurate statement of its contents and denies all allegations inconsistent therewith.

8.      This paragraph consists of Plaintiff's characterization of its FOIA request, to which no response is required. Defendant respectfully refers the Court to the text of Plaintiff's FOIA request for a full and accurate statement of its contents and denies all allegations inconsistent therewith.

9.      Defendant admits that it has released non-exempt information contained in an individuals' I-213 form, and/or draft I-213 form Paragraph 9 also characterizes the cited news articles to which no response is required. Defendant respectfully refers the Court to the text of those articles for a full and accurate statement of their contents and denies all allegations inconsistent therewith.

10.      Defendant admits that on May 20, 2025, it sent an email acknowledging receipt of Plaintiff's FOIA request dated May 14, 2025, assigning it tracking number 2025-ICFO-37042, and invoked a 10-day extension to respond to the request. Defendant respectfully refers the Court to

the text of Plaintiff's FOIA request for a full and accurate statement of its contents and denies all allegations inconsistent therewith.

<u>Current Status of Plaintiff's Request</u>

11.    Defendant admits that as of the date of Plaintiff's complaint, it had not provided Plaintiff with further communication regarding FOIA request 2025-ICFO-37042.

12.    Defendant admits that as of the date of Plaintiff's complaint, it had not issued a final determination to FOIA request 2025-ICFO-37042.

13.    Defendant admits that as of the date of Plaintiff's complaint, it had not produced records in response to FOIA request 2025-ICFO-37042.

**CAUSES OF ACTION**

*COUNT I: VIOLATION OF FOIA FOR FAILURE TO COMPLY WITH STATUTORY DEADLINES*

14.    Defendant realleges and incorporates by reference their responses to Paragraph 1 through 13 above as though fully set forth herein.

15.    Defendant admits that it is a federal agency and component of DHS.

16.    This paragraph consists legal conclusions, to which no response is required. To the extent any response is required, Defendant respectfully directs the Court to the provisions of FOIA and denies all allegations inconsistent therewith.

17.    This paragraph consists of Plaintiff's legal conclusions, to which no response is required. To the extent any response is required, Defendant respectfully directs the Court to the provisions of FOIA and denies all allegations inconsistent therewith.

18.    Defendant admits that as of the date of Plaintiff's Complaint, it had not issued a final determination to FOIA request 2025-ICFO-37042.

19.     This paragraph consists of Plaintiff's legal conclusions, to which no response is required. To the extent any response is required, Defendant respectfully directs the Court to the provisions of FOIA and denies all allegations inconsistent therewith

20.     This paragraph consists of Plaintiff's legal conclusions, to which no response is required. To the extent any response is required, Defendant respectfully directs the Court to the provisions of FOIA and denies all allegations inconsistent therewith.

**COUNT II: VIOLATION OF FOIA FOR UNLAWFUL WITHHOLDING OF AGENCY RECORDS**

21.     Defendant realleges and incorporates by reference their responses to Paragraph 1 through 20 above as though fully set forth herein.

22.     Defendant admits that it is a federal agency and component of DHS.

23.     This paragraph consists legal conclusions, to which no response is required. To the extent any response is required, Defendant respectfully directs the Court to the provisions of FOIA and denies all allegations inconsistent therewith.

24.     The allegations contained in Paragraph 24 consist of Plaintiff's legal conclusions, to which no response is required. To the extent any response is required, Defendant respectfully directs the Court to the provisions of FOIA and denies all allegations inconsistent therewith.

25.     Defendant admits that as of the date of Plaintiff's complaint, it had not produced records in response to FOIA request 2025-ICFO-37042.

26.     Defendant admits that as of the date of Plaintiff's complaint, it had not communicated to Plaintiff any exemptions to withhold or partially withhold records.

27.     Defendant admits that as of the date of Plaintiff's complaint, it had not communicated to Plaintiff a foreseeable harm that disclosure of any records would cause.

28.     This paragraph consists of Plaintiff's legal conclusions, to which no response is required. To the extent any response is required, Defendant respectfully directs the Court to the provisions of FOIA and denies all allegations inconsistent therewith.

29.     This paragraph consists of Plaintiff's legal conclusions, to which no response is required. To the extent any response is required, Defendant respectfully directs the Court to the provisions of FOIA and denies all allegations inconsistent therewith.

30.     This paragraph consists of Plaintiff's legal conclusions, to which no response is required. To the extent any response is required, Defendant respectfully directs the Court to the provisions of FOIA and denies all allegations inconsistent therewith

## COUNT III: VIOLATION OF FOIA FOR FAILURE TO GRANT EXPEDITED PROCESSING

31.     Defendant realleges and incorporates by reference their responses to Paragraph 1 through 30 above as though fully set forth herein.

32.     Defendant admits that it is a federal agency and component of DHS.

33.     This paragraph consists legal conclusions, to which no response is required. To the extent any response is required, Defendant respectfully directs the Court to the provisions of FOIA and denies all allegations inconsistent therewith.

34.     This paragraph consists of Plaintiff's legal conclusions, to which no response is required. To the extent any response is required, Defendant respectfully directs the Court to the provisions of FOIA and denies all allegations inconsistent therewith.

35.     This paragraph consists of Plaintiff's legal conclusions, to which no response is required. To the extent any response is required, Defendant respectfully directs the Court to the provisions of FOIA and denies all allegations inconsistent therewith.

36.     This paragraph consists of Plaintiff's characterization of its request, to which no response is required. Defendant respectfully refers the Court to the text of Plaintiff's FOIA request for a full and accurate statement of its contents and denies all allegations inconsistent therewith.

37.     Defendant admits that as of the date of Plaintiff's Complaint, it had not issued a determination on Plaintiff's request for expedited processing to FOIA request 2025-ICFO-37042.

38.     This paragraph consists of Plaintiff's legal conclusions, to which no response is required. To the extent any response is required, Defendant respectfully directs the Court to the provisions of FOIA and denies all allegations inconsistent therewith.

39.     This paragraph consists of Plaintiff's legal conclusions, to which no response is required. To the extent any response is required, Defendant respectfully directs the Court to the provisions of FOIA and denies all allegations inconsistent therewith.

## PRAYER FOR RELIEF

The remainder of Plaintiff's Complaint constitutes a prayer for relief to which no response is required. To the extent a response is required, Defendant denies that Plaintiff is entitled to the requested relief, including relief not available under FOIA, or to any relief at all.

## DEFENSES

Any allegations not specifically admitted, denied, or otherwise responded to are hereby denied.  In further response to the Complaint, Defendants raise the following defenses.  Defendants respectfully reserve the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to Defendants throughout the course of this litigation.

## First Defense

The Court lacks subject matter jurisdiction over any of Plaintiff's requests for relief that

exceed the relief authorized by the FOIA.

### Second Defense

Plaintiff is not entitled to compel the production of records that are exempt from disclosure under FOIA or under other provisions of law, and Plaintiff is not entitled to compel the production of records that are not subject to FOIA.

### Third Defense

The information that Defendants has withheld, or will withhold, in response to Plaintiff's FOIA request may be exempt in whole, or in part, from public disclosure under the FOIA, 5 U.S.C. § 552, and the Privacy Act, 5 U.S.C. § 552a.

### Fourth Defense

At all times alleged in the Complaint, Defendant acted in good faith, with justification, and pursuant to authority.

### Fifth Defense

Plaintiff is neither eligible for nor entitled to attorney's fees and costs in this action.

Dated: August 18, 2025
        Washington, DC

                                Respectfully submitted,

                                JEANINE FERRIS PIRRO
                                United States Attorney

                                By: _____ */s/ Derrick A. Petit*_____
                                    Derrick A. Petit, D.C. Bar 144466
                                    Assistant United States Attorney
                                    601 D Street, NW
                                    Washington, DC 20530
                                    (202) 252-7269
                                    Derrick.Petit@usdoj.gov

                                *Attorneys for the United States of America*