IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUARDIAN NEWS & MEDIA LLC,<br><br>            Plaintiff,<br><br>   v.<br><br>U. S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>            Defendants. | Civil Action No. 25-2069 (SLS) |

**FIRST JOINT STATUS REPORT**

Pursuant to the Court's August 19, 2025 Order, Plaintiff, Guardian News & Media LLC ("Plaintiff" or "Guardian News"), and Defendant, U.S. Immigration and Customs Enforcement ("Defendant" or "ICE") (collectively, "the Parties"), by and through undersigned counsel, respectfully submit the following joint status report.

This case concerns Plaintiff's May 14, 2025 Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), request seeking I-213 "Record of Deportable/Inadmissible Alien" forms and "Significant Incident Reports filed using the electronic Significant Event." *See* Compl. Ex. 1, ECF No. 1-1, at 2. On May 20, 2025, Defendant sent an email acknowledging receipt of Plaintiff's FOIA request and assigning it tracking number 2025-ICFO-37042. *See* Answer, ECF No. 8 ¶ 10.

The Parties met and conferred on August 27, 2025. The Parties address the following points from the Court's August 19, 2025 Order:

    1.    Defendant is currently processing all potentially responsive records obtained through its searches in response to Plaintiff's FOIA request.

2. Defendant anticipates producing four Excel spreadsheets containing information derived from I-213 forms for fiscal years 2022, 2023, 2024, and 2025 nationwide by September 30, 2025.

3. Thereafter, the Parties will meet and confer about Defendant's processing of the remaining portions of Plaintiff's request.

4. Defendant does not currently anticipate the need to seek a stay under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976).

5. The Parties do not anticipate needing a Vaughn index at this time.

6. The Parties propose that the Court set a schedule for summary judgment briefing, if needed, after Defendant has completed its review and release of non-exempt, responsive material to Plaintiff and the parties have conferred regarding Defendant's releases.

The Parties further propose that they file a joint status report in sixty days, on or before November 18, 2025, and every sixty days thereafter, to apprise the Court on the status of Defendant's processing of Plaintiff's FOIA requests.

September 16, 2025

*/s/ Adam A. Marshall*
Adam A. Marshall
D.C. Bar No. 1029423
Amarshall@rcfp.org

Gunita Singh
D.C. Bar No. 1601923
Gsingh@rcfp.org

Allyson Veile
DC Bar No. 1766038
Aveile@rcfp.org

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Derrick A. Petit*
Derrick A. Petit, D.C. Bar 144466
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-1729
Derrick.Petit@usdoj.gov

*Attorneys for the United States of America*