IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUARDIAN NEWS & MEDIA LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U. S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>　　　　　Defendant. | Civil Action No. 25-2069 (SLS) |

**FOURTH JOINT STATUS REPORT**

　　　　Pursuant to the Court's December 10, 2025, Minute Order, Plaintiff Guardian News & Media LLC ("Plaintiff" or "Guardian News"), and Defendant U.S. Immigration and Customs Enforcement ("Defendant" or "ICE") (collectively, "the Parties"), by and through undersigned counsel, respectfully submit the following joint status report.

　　　　1.　　This case concerns Plaintiff's May 14, 2025 Freedom of Information Act, 5 U.S.C. § 552 ("FOIA" or the "Act"), request seeking I-213 "Record of Deportable/Inadmissible Alien" forms and "Significant Incident Reports filed using the electronic Significant Event." *See* Compl. Ex. 1, ECF No. 1-1, at 2. On May 20, 2025.

　　　　2.　　Since the last JSR, on December 17, 2025, Defendant released two Excel spreadsheets related to I-213 forms and Significant Incident Reports. These spreadsheets include all column headers generated during data extraction, including those previously withheld. No actual data is included, only the headers. For any columns that were omitted in the earlier production, ICE provided notes beneath the relevant headers explaining the reasons for their omission.

　　　　3.　　Plaintiff posed follow-up inquiries concerning the items released and withheld.

4. The parties met and conferred on January 28, 2026.

5. After the meeting, Plaintiff posed further follow-up questions.

6. Defendant is pursuing answers to Plaintiff's inquiries.

7. The Parties respectfully propose that they submit a status report to the Court on or before April 2, 2026, with a recommendation for further proceedings in this matter.

Dated: February 2, 2026

| | |
|---|---|
| */s/ Gunita Singh* <br> Gunita Singh <br> D.C. Bar No. 1601923 <br> Gsingh@rcfp.org <br><br> Adam A. Marshall <br> D.C. Bar No. 1029423 <br> Amarshall@rcfp.org <br><br><br> *Counsel for Plaintiff* | JEANINE FERRIS PIRRO <br> United States Attorney <br><br> */s/ Derrick A. Petit* <br> Derrick A. Petit, D.C. Bar 144466 <br> Assistant United States Attorney <br> 601 D Street, NW <br> Washington, DC 20530 <br> (202) 252-7269 <br> Derrick.Petit@usdoj.gov <br><br> *Attorneys for the United States of America* |