IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GUARDIAN NEWS & MEDIA LLC,<br><br>Plaintiff,<br><br>v.<br><br>U. S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendant. | Civil Action No. 25-2069 (SLS) |

## <u>SEVENTH JOINT STATUS REPORT</u>

Pursuant to the Court's June 4, 2026, Minute Order, Plaintiff Guardian News & Media LLC ("Plaintiff" or "Guardian News"), and Defendant U.S. Immigration and Customs Enforcement ("Defendant" or "ICE") (collectively, "the Parties"), by and through undersigned counsel, respectfully submit the following joint status report.

This case concerns Plaintiff's May 14, 2025 Freedom of Information Act, 5 U.S.C. § 552 ("FOIA" or the "Act"), request seeking I-213 "Record of Deportable/Inadmissible Alien" forms and "Significant Incident Reports filed using the electronic Significant Event." *See* Compl. Ex. 1, ECF No. 1-1, at 2.

On June 4, 2026, the Court ordered that the parties file a "further joint status report by June 11, 2026, that details: (1) how many pages remain to be produced; (2) an estimated completion date (month and year); and (3) any disputes the Plaintiff has with the documents produced thus far."

ICE reports the following regarding items 1 and 2 of the Court's June 4, 2026, Minute Order:

1. **How many pages remain to be produced:**

   a. ICE intends to reproduce seven spreadsheets, consisting of 544,410 rows of data, with each row representing one document. The reproduced spreadsheets will include all columns of information collected from the I-213 and Significant Incident Reports, subject to appropriate redactions and FOIA exemption assertions.

2. **Estimated completion date (month and year):**

   a. ICE intends to process these Excel spreadsheets inclusive of all records and subject to withholdings under the FOIA and release them on July 16, 2026, and with that production Defendant ICE believes that it will have produced all requested records subject to the terms and limits of the FOIA.

Plaintiff reports the following regarding item 3 of the Court's June 4, 2026, Minute Order:

3. **Any disputes the Plaintiff has with the documents produced thus far:**

   a. As noted in the Parties' Fifth Joint Status Report, ECF No. 15 at 2–3, the primary issue with ICE's productions to date is the absence of narratives in the Situational Incident Report data. In light of Defendant's above representation that it will be reproducing such documents to include all responsive data, subject to any FOIA exemption assertions, Plaintiff expects that this outstanding issue will soon be addressed, at which point the parties can meet and confer about Defendant's completed productions and determine whether any additional issues remain.

*    *    *

The Parties respectfully propose that they submit a joint status report to the Court on or before August 3, 2026, with a recommendation for further proceedings in this matter.

Dated: June 11, 2026

| | |
|---|---|
| */s/ Gunita Singh*<br>Gunita Singh<br>D.C. Bar No. 1601923<br>Gsingh@rcfp.org | JEANINE FERRIS PIRRO<br>United States Attorney |
| | */s/ Derrick A. Petit*<br>Derrick A. Petit, D.C. Bar 144466 |
| Adam A. Marshall<br>D.C. Bar No. 1029423<br>Amarshall@rcfp.org | Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-7269 |
| *Counsel for Plaintiff* | Derrick.Petit@usdoj.gov |
| | *Attorneys for the United States of America* |