IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUARDIAN NEWS & MEDIA LLC,<br><br>Plaintiff,<br><br>v.<br><br>U. S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendant. | Civil Action No. 25-2069 (SLS) |

**TENTH JOINT STATUS REPORT**

Pursuant to the Court's August 25, 2026, Minute Order, Plaintiff Guardian News & Media LLC ("Plaintiff" or "Guardian News"), and Defendant U.S. Immigration and Customs Enforcement ("Defendant" or "ICE") (collectively, "the Parties"), by and through undersigned counsel, respectfully submit the following joint status report.

This case, which was filed on June 30, 2025, concerns Plaintiff's May 14, 2025 Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), request seeking I-213 "Record of Deportable/Inadmissible Alien" forms and "Significant Incident Reports filed using the electronic Significant Event." *See* Compl. Ex. 1, ECF No. 1-1, at 2.

As previously reported, ICE completed its productions of responsive spreadsheets in this matter, where such spreadsheets include each column of information collected from the I-213 and Significant Incident Reports ("SIRs"). ICE withheld portions of the spreadsheets under Exemptions 6, 7(C), and 7(E). As noted in the prior status report, the responsive spreadsheets consist of 544,410 rows of data, with each row representing one document, i.e., one record entry.

Per the Court's order, On September 9, 2026, the parties—Plaintiff and Plaintiff's counsel and the undersigned government counsel and agency counsel—met in person at the United States

Attorney's Office for approximately 45 minutes to discuss Plaintiff's request for the processing of narrative fields for the I-213 entries (estimated by Defendant to amount to 68,733 entries) and SIR entries (estimated by Defendant to be approximately 7,000 pages) for the three month period previously proposed by Plaintiff (*see* 9th JSR, ECF No. 22), and Defendant's concerns regarding undue burden. Following that conferral, the parties have agreed on an approach for proceeding that substantially narrows any potential areas of dispute.

Specifically, Plaintiff has voluntarily excluded from the scope of the request the processing of any additional I-213 data, leaving only the SIR entries—and only for the months of July, August, and September (the data ends on September 24, 2025). As to those entries, ICE has agreed to process the narratives of the SIRs in native format (Excel) for the month of July 2025 as a test to assess burden. After the narratives of the SIRs for the month of July 2025 are processed and released, Plaintiff will assess whether it wants the narratives of the SIR entries processed for the months of August 2025 and September 2025 (through September 24, 2025). ICE reserves the right, if from the test it concludes undue burden still remains, to object to processing August 2025 and September 2025 and, if necessary, litigate the burden issue for those two months. If ICE concludes from the processing of the month of July 2025 that processing these two months would not be unduly burdensome, it will confer with Plaintiff on a processing timeline once the July 2025 SIR entries have been completed.

ICE anticipates that, with respect to the narratives for the month of July 2025, its first release will be on or before October 29, 2026, and then every 30 days thereafter until processing of the narratives for that month is complete. ICE estimates that processing for the month of July 2025 will be completed by January 27, 2027.

As the above reflects a substantial narrowing of the parties' dispute as described in the joint status report filed on August 24, 2026 (ECF No. 22), the parties respectfully request that the Court defer setting a briefing schedule at this time and afford the parties time to complete the steps outlined above. In light of the above, the parties propose that they file a joint status report to the Court on or before November 19, 2026, regarding the status of the processing of the SIR entries for the month of July 2025.

Dated: September 24, 2026

Respectfully submitted,

*By: /s/ Gunita Singh*
Gunita Singh
D.C. Bar No. 1601923
Gsingh@rcfp.org

Adam A. Marshall
D.C. Bar No. 1029423
Amarshall@rcfp.org

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Jeremy S.* Simon
Jeremy S. Simon, D.C. Bar #447956
Derrick A. Petit, D.C. Bar # 144466
Assistant United States Attorneys
601 D Street, NW
Washington, DC 20530
(202) 252-2528

*Attorneys for the United States of America*